654         In re General Electric Securities Litigation

| Date | No. | Description |
|---|---|---|
| 85/07/03 | 1 | MOTION, BRIEF, SCHEDULE, CERTIFICATE OF SERVICE -- Plaintiffs David Grobow, Harry Voege, and Albert Ominsky, et al. -- SUGGESTED TRANSFEREE DISTRICT: Eastern District of Pennsylvania; SUGGESTED TRANSFEREE JUDGE:  ?  (cds) |
| 85/07/15 |   | APPEARANCES -- DANIEL W. KRASNER, ESQ. FOR JONATHAN SCHARFF, LESTER L. LEVY FOR DAVID GROBOW, STANLEY R. WOLFE, ESQ. FOR HARRY VOEGE, ROBERT B. FISKE, JR., ESQ. FOR GENERAL ELECTRIC CO., JOHN F. WALSH, JR. EDWARD E. HOOD, JR., LAWARENCE A. BOSSIDY AND DENNIS D. DAMMERMAN (RH) |
| 85/07/19 | 2 | CROSS MOTION -- Plaintiff Jonathan Scharff -- with schedule of cases, certificate of service, brief.  SUGESSETED TRANSFEREE DISTRICT -- D. Conn.  No notice sent. (paa) |
| 85/07/19 | 3 | RESPONSE/MEMORANDUM -- defts. General Electric Co., John F. Welch, Jr., Edward E. Hood, Jr., Lawrence A. Bossidy and Dennis D. Dammerman -- w/Exhibits A-F   (cds) |
| 85/07/26 | 4 | REPLY -- Pltfs. Grobow, Voege and Ominsky -- w/Exhibits A-F and cert. of service  (cds) |
| 85/07/26 | 5 | NOTICE OF RELATED ACTION -- (Faye Mozes, etc. v. John F. Welch, Jr., et al., E.D. Pa., #85-4152)-- letter signed by Laurie R. Hines   (cds) |
| 85/08/09 | 6 | AMENDED CROSS MOTION -- Faye Mozes, et al. v. John F. Welch, et al., E.D. Pa., 85-4152 -- Defts. General Electric Co., John F. Welch, Jr., Edward E. Hood, Jr., Lawrence A. Bossidy and Dennis D. Dammerman -- w/cert. of svc. (rh) |
| 85/08/16 |   | HEARING ORDER -- Setting motion to transfer for Panel Hearing on Sept. 19, 1985 in Indianapolis, Indiana (rh) |
| 85/09/18 |   | HEARING APPEARANCES:  LESTER L. LEVY, ESQ. for David Grobow and Harry Voege, ROBERT B. FISKE, JR., ESQ. for General Electric Co., DANIEL W. KRASNER, ESQ. for Jonathan Scharff (rh) |
| 85/10/11 |   | CONSENT OF TRANSFEREE DISTRICT -- Consenting to the transfer of litigation to the Honorable Warren W. Eginton, D. Connecticut   (ds) |
| 85/10/11 |   | TRANSFER ORDER -- transferring A-2 thru A-5 to the District of Pennsylvania for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 654 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Genral Electric Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 19, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 11, 1985 | T.O. | Unpublished | D. Connecticut  205 | Warren W. Eginton | |

### Special Transferee Information

DATE CLOSED: 11/5/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 654 -- In re General Electric Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jonathan Scharff, et al. v. General Electric Co. | Conn. Daly | B-85-184 | | | 11/5/86 D | |
| A-2 | David Grobow v. General Electric Co., et al. | Pa.,E. Lord | 85-2727 | 10/11/85 | B-85-643 | 11/5/86 D | |
| A-3 | Harry Voege v. General Electric Co., et al. | Pa.,E. Lord | 85-2764 | 10/11/85 | B-85-644 | 11/5/86 D | |
| A-4 | Albert Ominsky, et al. v. General Electric Co., et al. | Pa.,E. Lord | 85-2802 | 10/11/85 | B-85-645 | 11/5/86 D | |
| B-5 | Faye Mozes, et al. v. John F. Welch, et al. | E.D.Pa. Lord | 85-4152 | 10/11/85 | B-85-635 | 6-26-86 D | |

July 1986 - 4 TR/1 X42/ 5 Pdg.
July 1987 - 5 Dis    Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 654 -- In re General Electric Securities Litigation

| | |
|---|---|
| JONATHAN SCHARFF, ET AL. (A-1)<br>Daniel W. Krasner, Esquire<br>Wolf, Haldenstein, Adler,<br>Freeman & Herz<br>270 Madison Avenue<br>New York, New York  10016<br><br>DAVID GROBOW (A-2)<br>Lester L. Levy, Esquire<br>Wolf, Popper, Ross, Wolf<br>& Jones<br>845 Third Avenue<br>New York, New York  10022<br><br>HARRY VOEGE (A-3)<br>Stanley R. Wolfe, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania  19103-6365<br><br>ALBERT OMINSKY, ET AL. (A-4)<br>Stuart Savett, Esquire<br>Kohn, Savett, Marrion & Graf, P.C.<br>2400 One Reading Center<br>1101 Market Street<br>Philadelphia, Pennsylvania  19107 | JOHN F. BURLINGAME<br>GENERAL ELECTRIC COMPANY<br>JOHN F. WELSH, JR.<br>EDWARD E. HOOD, JR.<br>LAWRENCE A. BOSSIDY<br>DENNIS D. DAMMERMAN<br>Robert B. Fiske, Jr., Esquire<br>Davis, Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br><br>FAYE MOZES, ET AL. (B-5)<br>Howard J. Sedran, Esq.<br>Levin & Fishbein<br>320 Walnut Street<br>Suite 600<br>Philadelphia, PA  19106<br><br>Eugene A. Spector, Esq.<br>Gross & Sklar, P.C.<br>1500 Walnut Street<br>6th Floor<br>Philadelphia, PA  19106<br><br>RICHARD T. BAKER<br>LAWRENCE E. FOURAKER<br>GERTRUDE G. MICHELSON<br>BARBARA SCOTT PREISKEL<br>LEWIS T. PRESTON (Defts. in B-5)<br>Unable to Determine Counsel |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __654__ -- In re General Electric Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Electric Co. | A-1 - A-4 |
| John F. Welch, Jr. | A-2 - A-4 |
| John F. Burlingame | A-2 - A-4 |
| Edward E. Hood, Jr. | A-2 - A-4 |
| Lawrence A. Bossidy | A-2 - A-4 |
| Dennis D. Dammerman | A-2 - A-4 |
| Richard T. Baker | B-5 |
| Lawrence E. Fouraker | B-5 |
| Gertrude G. Michelson | B-5 |
| Barbara Scott Preiskel | B-5 |
| Lewis T. Preson | B-5 |