JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 11 1985

PATRICK D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 654

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL ELECTRIC SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of five actions pending in two federal districts: four actions in the Eastern District of Pennsylvania and one action in the District of Connecticut. Before the Panel are a motion and a cross-motion, pursuant to 28 U.S.C. §1407, by the Pennsylvania plaintiffs and by the General Electric Company (General Electric), respectively, to centralize the actions for coordinated or consolidated pretrial proceedings. All responding parties agree that the actions should be centralized under Section 1407; the parties only dispute is over the selection of the appropriate transferee district. Plaintiffs in three Pennsylvania actions seek centralization in the Eastern District of Pennsylvania, while the Connecticut plaintiff and General Electric favor centralization in the District of Connecticut.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the District of Connecticut will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise out of the alleged fraud by General Electric in connection with its performance under certain contracts with the United States. Centralization under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Connecticut is the appropriate transferee forum. We note that General Electric's principal place of business is located in Connecticut and thus relevant documents and witnesses will likely be located in that vicinity.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Eastern District of Pennsylvania be, and same hereby are, transferred to the

---

* Judge Milton Pollack recused himself and took no part in the decision of this matter.

-2-

District of Connecticut and, with the consent of that court, assigned
to the Honorable Warren W. Eginton for coordinated or consolidated
pretrial proceedings with the action pending in that district and
listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-654 -- In re General Electric Securities Litigation

District of Connecticut

Jonathan Scharff, et al. v. General Electric Co., C.A. No.
    B-85-184

Eastern District of Pennsylvania

David Grobow v. General Electric Co., et al.,
    C.A. No. 85-2727
Harry Voege v. General Electric Co., et al.,
    C.A. No. 85-2764
Albert Ominsky, et al. v. General Electric Co., et al.,
    C.A. No. 85-2802
Faye Mozes, et al. v. John F. Welch, et al.
    C.A. No. 85-4152